# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

S.L.S, *a minor*, *et al.*,

        Plaintiffs,

vs.

CLARK COUNTY SCHOOL DISTRICT, *et al.*,

        Defendants.

Case No. 2:17-cv-02208-JAD-VCF

**ORDER**

MOTION FOR EXTENSION (EFC NO. 5)

Before the Court is Plaintiffs' Motion for Extension of time to amend complaint (ECF No. 5). For the reasons stated below, Plaintiffs' motion is granted.

On September 15, 2017, the Court dismissed Plaintiffs' complaint without prejudice and gave Plaintiffs until October 20, 2017 to file an amended complaint. (ECF No. 3). On October 24, 2017, Plaintiffs filed a motion to extend time to amend their complaint, asserting they sought professional help with amending the complaint but were unable to obtain any. (ECF No. 5). The Plaintiffs continued to work on the complaint and asked for an extension of time to file the amended complaint. (*Id.*)

Though Plaintiffs were slightly beyond the Court's deadline when they filed their motion for extension, the Court finds good cause to extend Plaintiffs' time to file an amended complaint. Fed. R. Civ. P. 6(b). Plaintiffs have been diligent in following the Court's directions regarding their complaint. The additional time will assist the Plaintiffs in addressing the concerns the Court raised in its previous Order (ECF No. 3).

ACCORDINGLY,

IT IS ORDERED that Plaintiffs' Motion for Extension of time to amend complaint (ECF No. 5) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs have until January 2, 2018 to file an Amended Complaint. Failure to timely file an Amended Complaint that addresses the deficiencies noted in this Order may result in a recommendation for dismissal with prejudice.

IT IS FURTHER ORDERED that if an Amended Complaint is later filed, the Clerk of the Court is directed **NOT** to issue summons on the Amended Complaint. The Court will issue a screening order on the Amended Complaint and address the issuance of Summons at that time, if applicable. *See* 28 U.S.C. § 1915(e)(2).

## NOTICE

Under Local Rule IB 3-2, any objection to this Order must be in writing and filed with the Clerk of the Court within 14 days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. (*See Thomas v. Arn*, 474 U.S. 140, 142 (1985)). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. (*See Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)).

///

///

///

///

Pursuant to LSR 2-2, the Plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. **Failure to comply with this Rule may result in dismissal of the action.** (*See* LSR 2-2).

IT IS SO ORDERED.

DATED this 26th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE