# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| S.L.S., *a minor, et al.*,<br><br>  Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br><br>  Defendants. | 2:17-cv-02208-JAD-VCF<br>**ORDER** |

Before the Court is the Amended Complaint (ECF No. 7).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Amended Complaint (ECF No. 7) is scheduled for 1:00 PM, January 23, 2018, in Courtroom 3D.

DATED this 10th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE