# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| S.L.S., a minor, *et al.*,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br><br>　　　　　Defendants. | 2:17-cv-02208-JAD-VCF<br>**ORDER** |

　　　Before the Court is the motion to continue hearing (ECF No. 9).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the motion to continue hearing (ECF No. 9) is GRANTED.

　　　IT IS FURTHER ORDERED that the hearing on the Amended Complaint scheduled for January 23, 2018 is VACATED and RESCHEDULED to 1:00 PM, February 6, 2018, in Courtroom 3D.

　　　DATED this 22nd day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE